Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| LHF PROD., INC., ET AL.<br><br>           Plaintiffs,<br><br>      vs.<br><br>DOES,<br><br>           Defendants. | REQUEST FOR<br>17 U.S.C. 512(h) SUBPOENA<br>TO SERVICE PROVIDER |

**17 U.S.C. 512 (h)(1) Request to Clerk: Subpoena to Service Provider**

Pursuant to the Digital Millennium Copyright Act, 17 USC 512 (h)(1), the undersigned, the person authorized to act on the copyright owners' behalf, requests the Clerk of the United States District Court for the District of Utah to issue a subpoena to the service provider for identification of alleged infringers.

The required content of 17 USC 512 (h)(2) is:

**(A) a copy of a notification described in subsection (c)(3)(A):**

See Exhibit 1, copy of "17 U.S.C. 512 (c)(3)(A) infringement notification," and sworn declaration.

**(B) a proposed subpoena:**

    See Exhibit 2, proposed subpoena

**(C) a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title**.

    See Exhibit 1, sworn declaration, as part "17 U.S.C. 512 (c)(3)(A) infringement notification"

    Because the notification filed satisfies the provision of subsection (c)(3)(A), the proposed subpoena is in proper form and the accompanying declaration is properly executed, the Clerk should expeditiously issue and sign the proposed subpoena and return it to the undersigned for delivery to the service provider.

    Dated this 21st day of December, 2018.      /s/ Todd E. Zenger

                                                        Todd E. Zenger, person authorized to act on behalf of the owner