**17 U.S.C. 512 (c)(3)(A) infringement notification**

provided to Comcast Cable

through its designated agent:

Timothy Derr

Comcast Infringement Team

Manager, Legal Response Center

Email:  Timothy_Derr@comcast.com

December 21, 2018

**17 U.S.C. 512 (c)(3)(A) infringement notification**

The declarant, Todd E. Zenger, states, providing the information indicated:

**(i) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed:**

See signature below.

**(ii) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site:**

The copyrighted works include film productions of copyright registrations:

PAu 3-844-508
PAu 3-813-390
PA 2-039-391
PA 2-054-658
PA 1-982-831
PA 1-984-029
PAu 3-848-900
PAu 3-762-811
PA 1-998-057
PA 2-008-277

**(iii) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material:**

See the attached exhibit 1 below (entitled *17 USC 512(h) list of alleged infringers by IP number*) for the file hash identifying each infringing content.

**(iv) Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted**:

Representative of complaining parties:

Todd E. Zenger, DUREN IP
610 E. South Temple Street, Suite 300

      Salt Lake City, UT 84102
      Tel.: 801-869-8538
      Email:  tzenger@durenip.com

**(v) A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law**:

    The complaining parties have a good faith belief that use of the material identified by file hash in the attached spreadsheet is not authorized by the copyright owner, its agent or the law.

**(vi) A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed:**

    The complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

    The purpose for which the subpoena is sought is to obtain the identity of alleged infringers. Such information will only be used for the purpose of protecting rights under this title.

    I swear under penalty of perjury that the information in this notification is accurate, and that the foregoing is true and correct.

    Dated this 21st day of December, 2018.

                                                           /s/ Todd E. Zenger

                                          Todd E. Zenger, person authorized to act on behalf of the copyright owners

Exhibit 1

17 USC 512(h) list of alleged infringers by IP number

| IP | Date UTC (h:m:s) | ISP | State | File Hash | Copyright Reg. No. |
|---|---|---|---|---|---|
| 73.98.254.158 | 2018-07-08 21:01:38 | Comcast Cable | Utah | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | PAu 3-844-508 |
| 24.11.47.237 | 2018-07-08 00:39:37 | Comcast Cable | Utah | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | PAu 3-844-508 |
| 73.65.146.109 | 2018-07-06 02:00:38 | Comcast Cable | Utah | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | PAu 3-844-508 |
| 73.98.128.121 | 2018-07-04 18:26:33 | Comcast Cable | Utah | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | PAu 3-844-508 |
| 67.163.66.142 | 2018-07-03 17:08:11 | Comcast Cable | Utah | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | PAu 3-844-508 |
| 76.27.106.82 | 2018-06-30 22:54:37 | Comcast Cable | Utah | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | PAu 3-844-508 |
| 73.20.120.77 | 2018-06-30 11:47:41 | Comcast Cable | Utah | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | PAu 3-844-508 |
| 73.3.105.178 | 2018-06-28 05:37:41 | Comcast Cable | Utah | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | PAu 3-844-508 |
| 67.166.124.160 | 2018-06-25 03:40:28 | Comcast Cable | Utah | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | PAu 3-844-508 |
| 73.63.13.68 | 2018-06-24 03:22:04 | Comcast Cable | Utah | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | PAu 3-844-508 |
| 73.131.244.49 | 2018-06-23 03:32:22 | Comcast Cable | Utah | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | PAu 3-844-508 |
| 174.52.24.161 | 2018-06-22 03:09:51 | Comcast Cable | Utah | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | PAu 3-844-508 |
| 67.166.124.160 | 2018-06-25 03:02:45 | Comcast Cable | Utah | EE05B0F9EFD52991D81840803A08C14D5F9C82EC | PAu 3-844-508 |
| 67.166.103.131 | 2018-06-24 19:57:25 | Comcast Cable | Utah | EE05B0F9EFD52991D81840803A08C14D5F9C82EC | PAu 3-844-508 |
| 67.182.200.96 | 2018-07-12 13:28:00 | Comcast Cable | Utah | FF29CB75986B6711CB47E75865F5BD758D080B3E | PAu 3-844-508 |
| 73.65.255.72 | 2018-06-25 00:17:38 | Comcast Cable | Utah | FF29CB75986B6711CB47E75865F5BD758D080B3E | PAu 3-844-508 |
| 76.23.47.221 | 2018-07-05 23:49:21 | Comcast Cable | Utah | 19A41E2D9425C1809EFE7FB0B4571C372F495E76 | PAu 3-844-508 |
| 174.52.4.223 | 2018-07-07 06:22:41 | Comcast Cable | Utah | 375DB9D5031BD926F08C793EA3ADDEBF5323BBC7 | PAu 3-844-508 |
| 67.166.124.160 | 2018-06-25 06:33:27 | Comcast Cable | Utah | 375DB9D5031BD926F08C793EA3ADDEBF5323BBC7 | PAu 3-844-508 |
| 174.52.248.163 | 2018-07-08 01:20:12 | Comcast Cable | Utah | 0F304949400375CC979FFD8BED64ED3C76AD4A07 | PA 2-039-391 |
| 73.3.110.16 | 2018-07-02 14:19:30 | Comcast Cable | Utah | 005203D95DF16B56CF9CF3CB5BA40E4EA35BC8A2 | PA 2-054-658 |
| 76.27.55.189 | 2018-07-12 23:34:27 | Comcast Cable | Utah | 6B30D9F4FB05238053EA9201DDC079FF27923D59 | PA 1-982-831 |
| 73.65.200.119 | 2018-07-08 23:35:28 | Comcast Cable | Utah | 5FE7C5C4FB3B770223E756BF8AF09F764F90D7F5 | PA 1-984-029 |
| 73.98.237.246 | 2018-06-22 21:47:41 | Comcast Cable | Utah | 58715EAF3B97E18068EEEE6066B536F264FB7398 | PA 1-984-029 |
| 174.52.215.15 | 2018-06-25 18:03:20 | Comcast Cable | Utah | 3CF85821BAA3C42CD97B89C83A2EEBB43B35F68E | PAu 3-762-811 |
| 174.52.67.39 | 2018-06-29 02:47:19 | Comcast Cable | Utah | B4A81D27B29589DD704A84498780ED183F12EB69 | PA 1-998-057 |
| 73.98.173.201 | 2018-07-04 18:12:25 | Comcast Cable | Utah | 9E61CD305C405B7BBFEFBC0119C90B3B79FF7BEF | PA 2-054-658 |
| 67.177.24.153 | 2018-06-29 02:23:49 | Comcast Cable | Utah | 902CFE1ED997FEBC2F6B4F399C637EAF331B6EAA | PAu 3-844-508 |
| 24.10.146.53 | 2018-06-28 05:42:21 | Comcast Cable | Utah | 6B30D9F4FB05238053EA9201DDC079FF27923D59 | PA 1-982-831 |
| 67.182.201.200 | 2018-07-05 05:24:05 | Comcast Cable | Utah | B4A81D27B29589DD704A84498780ED183F12EB69 | PA 1-998-057 |
| 67.172.225.31 | 2018-07-13 07:35:36 | Comcast Cable | Utah | B2828211B29B326C0F9FAAEFF1985C544D708C5F | PA 2-039-391 |
| 67.182.225.229 | 2018-06-25 08:40:01 | Comcast Cable | Utah | 995A4CAE8E3FE47FAD5C60A68D21C200F31F3077 | PA 2-054-658 |
| 67.163.75.224 | 2018-07-13 21:06:56 | Comcast Cable | Utah | 7F5758F5E2FA835EC7E241410C41457F70403DB5 | PA 2-008-277 |